January 28, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The initial pretrial conference scheduled for February 4, 2025, and the associated January 30, 2025 deadline to submit a joint case management plan, are ADJOURNED sine die in light of the forthcoming stay request.
>
> SO ORDERED.
>
> */s/ Dale E. Ho*
>
> Dale E. Ho                                  Dated: January 28, 2025
> United States District Judge     New York, New York

Re: *In re Zeta Global Holdings Corp. Stockholder Derivative Litigation*, Master File No.: 1:24-cv-09450-DEH-SDA - Request for Adjournment of Conference
**(This Document Relates to All Actions)**

Dear Judge Ho:

We represent Defendants David A. Steinberg, Christopher Greiner, John Sculley, Imran Khan, William Royan, Jené Elzie, William Landman, Robert Niehaus, and Jeanine Silberblatt (collectively, the "Individual Defendants"), and nominal Defendant Zeta Global Holdings Corp. ("Zeta," and collectively with the Individual Defendants, "Defendants") in the above-captioned action and write, jointly with Plaintiffs Ashraf Mostafa and Jae Hyung Jung ("Plaintiffs"), pursuant to Your Honor's Individual Rule 2.e. regarding scheduling.[1]

The parties respectfully ask the Court to adjourn the initial pretrial conference scheduled for February 4, 2025, and the associated January 30, 2025 deadline to submit a joint case management plan *sine die*. The parties are currently negotiating a stipulation that would request the Court to stay the Consolidated Derivative Action in light of the related Securities Class Action. Accordingly, to conserve the Court's time and resources, the parties respectfully ask the Court to adjourn the January 30, 2025 deadline to file a joint letter and proposed civil case management plan, as well as the initial pre-trial conference scheduled for February 4, 2025, to allow the parties to finalize their request that the case be stayed, and to submit it for the Court's consideration and approval. In addition, pursuant to Your Honor's Individual Rule 2.e.v., the parties will propose agreed-upon alternative conference dates in the event that the parties fail to reach an agreement, or if the Court declines to stay the Consolidated Derivative Action.

This is the first time that the parties have requested an adjournment of the initial pretrial conference date.

We appreciate the Court's consideration of this matter.

---

[1] On January 2, 2025, the Court consolidated the *Mostafa* Action and the *Jung* Action because they contain substantially similar factual and legal contentions (the "Consolidated Derivative Action"), *see* 1:24-cv-09450-DEH, ECF No. 12; 1:24-cv-09907-DEH, ECF No. 9. Both actions are related to *Davoodi v. Zeta Global Holdings Corp.*, 1:24-cv-08961-DEH-SDA (the "Securities Class Action").

Respectfully submitted,

*/s/ Timothy Brown*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown[2]
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
         jcoyle@thebrownlawfirm.net

*Attorneys for Plaintiff Mostafa*

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*

Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
         gegleston@gme-law.com
         cbrain@gme-law.com

*Attorneys for Plaintiff Jung*

*/s/ Colleen C. Smith*

Colleen C. Smith (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Megan A. Behrman
Thomas J. Giblin
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: megan.behrman@lw.com
         thomas.giblin@lw.com

*Attorneys for Defendants*

cc:    All Counsel of Record (via ECF)

---

[2] Defendants use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.